| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Sylan Chang, §
§
　　　　Plaintiff, §
§　　　　　　　Civil Action H-13-1952
versus §　　　　　　　Civil Action H-13-1755
§
Taylor Morrison, Inc., §
§
　　　　Defendant. §

## Final Dismissal

1.　Having been advised that a settlement has been reached, the court dismisses this case with prejudice.

2.　This court retains jurisdiction to enforce the settlement.

Signed on February 4, 2014, at Houston, Texas.

　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　United States District Judge